**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-02345-LTB-CBS

BARRY BALLENTINE,

      Plaintiff,

v.

PACIFIC SPECIALTY INSURANCE COMPANY,

      Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Civil Action With Prejudice (Doc 25 - filed February 16, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              ___s/Lewis T. Babcock___
                              Lewis T. Babcock, Judge

DATED:   February 17, 2016